# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

## CRIMINAL COURT PROCEEDINGS – TRIAL

| | | | |
|---|---|---|---|
| **Case Number:** | 3:22-cr-88 | **Date:** | March 12, 2025 |
| **Case Title:** | United States v. Quadrant Magnetics, LLC | | |
| **Before:** | Judge David J. Hale | | |

| **Present** | **Court Reporter:** | Dena Legg | |
|---|---|---|---|
| | **Courtroom Deputy:** | Natalie Thompson | |
| | **United States:** | Joshua Judd, Christopher Tieke, Alexander Wharton, and Leslie Esbrook | |
| | **Defendant:** | John Brownlee, Timothy Taylor, William Gould, Ashley Akers | |

| **Jury Impaneled & Sworn:** | | **Date:** | March 10, 2025 |
|---|---|---|---|
| **Introduction of Evidence for United States:** | | **Begun:** | March 11, 2025 |
| | | **Resumed:** | |
| | | **Concluded:** | |
| **Introduction of Evidence for Defendant** | | **Begun:** | |
| | | **Resumed:** | |
| | | **Concluded:** | |

| **Rebuttal Evidence:** | | **Sur-Rebuttal Evidence:** | | **No Evidence Presented:** | |
|---|---|---|---|---|---|
| **Case continued to** | March 13, 2025 at 8:00 a.m. | | **for further trial.** | | |
| **Motion for Judgment of Acquittal:** | | **Granted:** | | **Denied:** | **Submitted:** |
| **Jury retired to deliberate at:** | | | **Jury returned at:** | | |
| **Finding by Court:** | | **OR** | | **Jury Verdict:** | |
| **Jury Polled:** | | **Polling Waived:** | | **Mistrial Declared:** | |
| **Case continued to** | | | **for sentencing.** | | |
| **Defendant to remain on bond:** | | **OR** | **Defendant to remain detained:** | | |
| **Court Time:** | 05/35 | | **Initials of Deputy Clerk:** | NWT | |