UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:22-cr-88-DJH-4 |
| QUADRANT MAGNETICS, LLC, | Defendant. |

\* \* \* \* \*

## ORDER

The trial in this matter ended in a declaration of mistrial on March 17, 2025. (*See* Docket No. 367) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Defendant Quadrant Magnetics, LLC's motion for relief (D.N. 361) is **GRANTED** in part as stated on the record on March 17, 2025. (*See* D.N. 367) To the extent that the motion sought relief other than a mistrial, the motion is **DENIED** in part as moot.

(2) Quadrant's remaining motions (D.N. 343; D.N. 361) are **DENIED** as moot.

(3) The United States' pending motions (D.N. 326; D.N. 332; D.N. 333) are **DENIED** as moot.

(4) Non-parties General Dynamics Ordnance and Tactical Systems, Inc. and Emily Savner's motion to quash (D.N. 294) is **DENIED** as moot.

March 18, 2025

David J. Hale, Judge
United States District Court