UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                                      **PLAINTIFF**

v.                                                                            CRIMINAL NO. 3:22CR-00088-DJH
                                                                                                    *Electronically filed*

**QUADRANT MAGNETICS LLC**                                                                              **DEFENDANT**

## MOTION TO ENTER AGREED
## MONEY JUDGMENT AND FINAL ORDER OF FORFEITURE

The United States, by Kyle G. Bumgarner, United States Attorney for the Western District of Kentucky and Joshua D. Judd, Assistant United States Attorney, hereby respectfully requests the Court to enter the attached Agreed Money Judgment and Final Order of Forfeiture, which has been signed by the United States and Defendant Quadrant Magnetics LLC, by and through its authorized representative and its attorneys, John Brownlee, William Gould, Timothy Taylor, and Ashley Akers of Holland & Knight LLP.  The sentencing for this case is set for March 18, 2026.

    Respectfully submitted,

    KYLE G. BUMGARNER
    UNITED STATES ATTORNEY

      s/Joshua D. Judd
    Joshua D. Judd
    Assistant U.S. Attorney
    717 W. Broadway
    Louisville, Kentucky 40202
    (502) 582-5911

2

CERTIFICATE OF SERVICE

    I hereby certify that on March 6, 2026, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                                  s/Joshua D. Judd
                                                  Joshua D. Judd
                                                  Assistant U.S. Attorney